THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL BOURKE, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted July 11, 1951; decided July 11, 1951.

*Nathaniel L. Goldstein, Attorney-General* (*Raymond B. Madden* of counsel), for motion.

*Michael Bourke,* in person, opposed.

Motion granted and appeal dismissed on the ground that no constitutional question is presented. [See 303 N. Y. 624.]